**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joei L. Kabatt                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-10871 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.

                                     Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
18 Feb 2021, 17:06:12, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322