# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joei L. Kabatt <br>                        Debtor(s) <br><br> The Money Source Inc., its successors and/or assigns <br>                        Movant <br>       vs. <br><br> Joei L. Kabatt <br>                        Debtor(s) <br><br> William C. Miller Esq. <br>                        Trustee | CHAPTER 13 <br><br><br><br> NO. 19-10871 ELF <br><br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

     Kindly withdraw the Motion for Relief from Stay re: 1805 Wayne Drive, Norristown, PA 19403 of The Money Source Inc., which was filed with the Court on or about **May 4, 2021 (Doc. No. 60)**.

                                                         Respectfully submitted,


                                                         /s/ Rebecca A. Solarz, Esq.
                                                         _____
                                                         Rebecca A. Solarz, Esquire
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA  19106
                                                         Phone: (215)-627-1322

Dated: July 2, 2021