United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                  Case No. 19-10871-elf
Joei L Kabatt            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 4
Date Rcvd: May 31, 2022          Form ID: pdf900          Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joei L Kabatt, 1805 Wayne Drive, Norristown, PA 19403-2708 |
| 14271942 | | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 14308955 | + | Berkheimer Associates, Agt for West Norristown twp, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14271941 | + | Capital One Bank, c/o Ratchford Law Group PC, 409 Lackawanna Ave, Suite 320, Scranton, PA 18503-2062 |
| 14271949 | + | Lendmark Financial Services, Northtowne Plaza, 42 E. Germantown Pike, East Norriton Twp. PA 19401-1512 |
| 14493316 | + | Navient Solutions, LLC on behalf of, American Student Assistance, PO BOX 16129, ST. Paul, MN 55116-0129 |
| 14271952 | | Surge, P.O. Box 31292, Tampa, FL 33631-3292 |
| 14302912 | | THE MONEY SOURCE INC., C/o Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14271960 | + | TMS Mortgage, 135 Maxess Road, Melville, NY 11747-3801 |
| 14303445 | | The Money Source Inc., c/o Robert J. Davidow, Esq., Id. No.3218, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14584294 | + | The Money Source Inc., c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14584027 | + | The Money Source Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14271940 | + | University Accounting SE, 100 S. Owasso Blvd. W, St. Paul, MN 55117-1036 |
| 14289529 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14271944 | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, P.O. Box 3599, Rancho Cucamonga, CA 91729-3599 |
| 14325364 | + | West Norriton Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14326410 | + | West Norriton Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 01 2022 03:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: bnc@atlasacq.com | Jun 01 2022 03:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Jun 01 2022 03:38:00 | THE MONEY SOURCE INC., 14841 Dallas Pkwy Suite 425, Dallas, Tx 75254-8067 |
| 14300167 | | Email/Text: bnc@atlasacq.com | Jun 01 2022 03:38:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14301112 | | Email/Text: bnc@atlasacq.com | Jun 01 2022 03:38:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601, Attn: Avi Schild |
| 14271947 | | Email/Text: bnc-applied@quantum3group.com | Jun 01 2022 03:38:00 | Applied Bank, P.O. Box 70165, Philadelphia, PA 19176-0165 |
| 14551528 | + | Email/Text: bnc@atlasacq.com | Jun 01 2022 03:38:00 | Atlas Acquisitions LLC4, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666-1713 |
| 14271954 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 01 2022 03:38:00 | Bankcard Services - Mastercard, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 14271951 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 19-10871-elf    Doc 69    Filed 06/02/22    Entered 06/03/22 00:34:37    Desc Imaged
                           Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 55 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jun 01 2022 03:38:00 | Comenity - HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14271943 | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2022 03:38:00 | Comenity Capital Bank, c/o Midland Credit Mgmnt., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14510096 | Email/Text: ECMCBKNotices@ecmc.org | Jun 01 2022 03:38:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14271948 | Email/Text: bnc-bluestem@quantum3group.com | Jun 01 2022 03:38:00 | Fingerhut Advantage, P.O. Box 166, Newark, NJ 07101-0166 |
| 14271959 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2022 03:49:55 | GE Capital Retail Bank, c/o Portfolio Recovery Assoc., 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502-4952 |
| 14310370 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2022 03:38:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14271945 | Email/Text: bankruptcy@sccompanies.com | Jun 01 2022 03:38:00 | Ginnys, 1112 7th Avenue, Monroe, WI 535666-1364 |
| 14271962 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2022 03:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14296244 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2022 03:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14271956 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 01 2022 03:38:00 | Milestone Bankcard Services, P.O. Box 84059, Columbus, GA 31908-4059 |
| 14310373 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2022 03:38:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14271958 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2022 03:38:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 14296139 | + Email/Text: ecfbankruptcy@progleasing.com | Jun 01 2022 03:38:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14309642 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2022 03:49:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14271957 | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:49:55 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14286605 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 01 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14285620 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 01 2022 03:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14271961 | + Email/Text: ecfbankruptcy@progleasing.com | Jun 01 2022 03:38:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 14296248 | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2022 03:38:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14302708 | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2022 03:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14310698 | + Email/Text: bncmail@w-legal.com | Jun 01 2022 03:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14310369 | + Email/Text: bankruptcy@sccompanies.com | Jun 01 2022 03:38:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14271950 | Email/Text: bankruptcy@sccompanies.com | Jun 01 2022 03:38:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14273564 | + Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:49:55 | Synchrony Bank, c/o PRA Receivables |

Case 19-10871-elf    Doc 69    Filed 06/02/22    Entered 06/03/22 00:34:37    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | Bypass | Email Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14273235 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:50:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14311387 | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14271955 | | Email/Text: bncmail@w-legal.com | Jun 01 2022 03:38:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14297160 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 01 2022 03:38:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14271946 | | Email/Text: bknotices@totalcardinc.com | Jun 01 2022 03:38:00 | Total Visa, P.O. Box 5220, Sioux Falls, SD 57117-5220 |
| 14271953 | | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 03:49:58 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14310560 | | THE MONEY SOURCE INC. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | West Norriton Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14310371 | *+ | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor West Norriton Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 55 |

on behalf of Creditor THE MONEY SOURCE INC. paeb@fedphe.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW

on behalf of Creditor THE MONEY SOURCE INC. robert.davidow@phelanhallinan.com

ROBERT MICHAEL KLINE

on behalf of Debtor Joei L Kabatt Pacer@squirelaw.com rmklinelaw@aol.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOEI L. KABATT, | : | |
| Debtor | : | Bky. No.  19-10871 ELF |

# O R D E R   D I S M I S S I N G   C H A P T E R   1 3   C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

Date:  5/31/22

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**